# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA M. INSKEEP,**<br>**Plaintiff,** | ) <br> ) <br> ) | **Civil Action No.: 1:18-cv-00904** |
| v. | ) <br> ) <br> ) | **Magistrate Judge**<br>**Karen L. Litkovitz** |
| **ANDREW SAUL**<br>**Commissioner of**<br>**Social Security,**<br>**Defendant.** | ) <br> ) <br> ) <br> ) <br> ) | |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings, pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), for further development of the record. On remand, the Administrative Law Judge will determine whether a cane is medically necessary, offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

Entered:

_Karen L. Litkovitz_
HON. KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE

Date: _8/1/19_