*Granted.*
*Karen L. Litkovitz*
*8/22/19*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PATRICIA M. INSKEEP | : CIVIL NO.: 1:18-CV-904 |
| Plaintiff | : MAGIS. JUDGE LITKOVITZ |
| vs. | : |
| COMMISSIONER OF SOCIAL SECURITY | : |
| Defendant | : |

PLAINTIFF'S MOTION ASKING COURT TO ISSUE FINAL JUDGMENT ON CASE

The attorney for the Plaintiff asks this Court to issue a final Judgment under Rule 58, Federal Rules of Civil Procedure, on this case now. On August 1, 2019, this Court issued an Order (docu. 14) remanding the case due to the Joint Stipulation of the parties, but the Court failed to issue the required Judgment under Rule 58 to make the Court's action the final decision in this matter. Thus, the undersigned asks this Court to now issue this Judgment so that the case can be remanded under sentence 4 of 42 U.S.C. Section 405 (g) of the Social Security Act for further proceedings.

1